JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U-LINE CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br><br>U-LINE CORPORATION,<br><br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>NIDEC MOTOR CORPORATION,<br><br>　　　　Third-Party Defendant. | CASE NO. 14-CV-00429-PA-PJWx<br><br>The Hon. Percy Anderson<br>Courtroom 15<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AND U-LINE'S THIRD-PARTY COMPLAINT WITH PREJUDICE**<br><br>State Action Filed: September 16, 2013<br>Federal Court Removal: January 17, 2014 |

///
///
///
///

4826-7586-5374.1

ORDER RE STIPULATION FOR DISMISSAL

LEWIS BRISBOIS

**ORDER**

The Court, having considered the executed stipulation of the parties in this action, and with good cause appearing, orders as follows:

The complaint by Plaintiff Aspen Specialty Insurance Company is dismissed in its entirety, with prejudice;

The third-party complaint by U-Line Corporation is dismissed with prejudice;

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  September 12, 2014

_____
U.S. DISTRICT COURT JUDGE